730

*Clarence R. Innis* and *Arthur E. Simon* for respondent.

No. 341. SHARP & FELLOWS CONTRACTING CO. *v.* BASLER. October 14, 1946. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied. *Alex W. Davis* for petitioner.

No. 342. DINGMAN *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *John F. Finerty* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 346. SILESIAN AMERICAN CORP. ET AL. *v.* MARKHAM, ALIEN PROPERTY CUSTODIAN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *George W. Whiteside, Leonard P. Moore* and *William Gilligan* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Harry LeRoy Jones, M. S. Isenbergh* and *Raoul Berger* for respondent.

No. 347. PHILLIPS PETROLEUM CO. *v.* JOHNSON. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Rayburn L. Foster* for petitioner.